# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**
v.

Case No. 6:21-1819

**DARIUS MILES**

AUSA: Dana Hill
Defense Atty.: Nicole Mouakar

| U.S. MAGISTRATE JUDGE | Gregory J. Kelly<br>Courtroom 3C | | Oct. 7, 2021<br>2:18-2:28 = 10 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Juan Cabrera |

## CLERK'S MINUTES
## INITIAL APPEARANCE RULE 5C INDICTMENT/BOND HEARING
**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Parties advised of Due Process Protections Act
Dft advised of his rights
Dft requests appointment of counsel for today's hearing
Court will appoint FPD for todays hearing dft to contribute $500.00 to the cost of his representation due within 30 days of today's hearing
No issue as to identity
Gov summarizes charge(s)/penalties
Gov requests release on conditions as stated/Dft to report to charging district on 10/25 no time given
Dft responds regarding conditions/Dft disagrees regarding travel condition
Court responds to conditions
Court releases dft on conditions stated
Court adjourned